IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. CRAWFORD, III. and BARBARA BURKETT,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA and JAMIE JONES,<br><br>    Defendant. | No. C 07-00560 WHA<br><br>**ORDER OF DISMISSAL** |

On May 1, 2007 the Court ordered plaintiffs to show cause in writing, no later than May 15, 2007, why the above-entitled action should not be dismissed. To date, plaintiffs have not complied with this order.

Accordingly, the present action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The clerk of the court is directed to close the file.

**IT IS SO ORDERED.**

Dated: February 22, 2008

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE