**OFFICE OF THE CLERK, U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**450 GOLDEN GATE AVENUE**
**SAN FRANCISCO, CALIFORNIA 94102**

**OFFICIAL BUSINESS**
**PENALTY FOR PRIVATE USE $300**



02 1A
0004329882   FEB 19 2008
MAILED FROM ZIP CODE 94102

**FILED**

MAR 1 1 2008

*WHA*

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**

MAR 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Barbara Burkett
3336 Sunlight R
Twentynine Pal

C 07-00560 W

*UAA*

BURK336   922775012 1N   22 02/25/08
UNABLE TO FORWARD

NO FORWARD ORDER ON FILE

RETURN TO POSTMASTER
OF ADDRESSEE FOR REVIEW